UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

v.                                                        Case No. 25-30596
                                                        Originating No. 25CR44

**DEVAUGHN LAMONT THOMPSON,**

    Defendant.

_____/

GOVERNMENT'S PETITION
FOR TRANSFER OF DEFENDANT TO
ANOTHER DISTRICT AND SUPPORTING BRIEF

    Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **DEVAUGHN LAMONT THOMPSON** to answer charges pending in another federal district, and states:

    1.  On **September 19, 2025**, the defendant was arrested in the Eastern District of Michigan in connection with a federal arrest warrant issued in the **Northern District of West Virginia based on an Indictment charging violations of 21 USC Sections 846 and 841(a)(1) – Conspiracy to Possess with Intent to Distribute More Than 50 Grams of Methamphetamine and Fentanyl, and Distribution of Fentanyl.**

    2.  Rule 5 requires this Court to determine whether the defendant is the person named in the arrest warrant, Fed. R. Crim. P. 5(c)(3)(D)(ii); whether the defendant is entitled to a preliminary hearing, Fed. R. Crim. P. 5(c)(3)(C); and whether the defendant should be detained, Fed. R. Crim. P. 5(d)(3).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

JEROME F. GORGON, JR.
United States Attorney


*s/ Jason Norwood*
JASON NORWOOD
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: September 19, 2025